**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6743**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

JAMES EDWARD PRATT, a/k/a Phillip Pratt,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:00-cr-00027-NCT-1)

———————

Submitted:  July 25, 2013                Decided:  July 30, 2013

———————

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Edward Pratt, Appellant Pro Se.  Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Pratt appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Pratt, No. 1:00-cr-00027-NCT-1 (M.D.N.C. Apr. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2